This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



Lawrence S. Walter
United States Bankruptcy Judge

Dated: August 18, 2015

_____

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

IN RE:

Jeffrey S. Rose
Stephanie L. Rose
    Debtor(s)

Case No. 3:15-bk-32242
Chapter 13
Judge Lawrence S. Walter

### AGREED ORDER FOR APPRAISAL OF PROPERTY

Creditor, Universal 1 Credit Union Inc., has objected to the valuation of property of the debtor(s). The debtor and the creditor are unable to agree on the valuation of the following property: **2011 Chevrolet Cruze Eco** The parties agree that the debtor shall make said property available for appraisal by the creditor and the creditor shall conduct such appraisal at the debtor(s)'s address located at: Charlie's A-1 Towing, Cherry Street, Germantown OH. The appraisal is scheduled for August 20, 2015 between the hours of 9:00 a.m./~~p.m.~~ and 1:00 ~~a.m.~~/p.m.

**IT IS SO ORDERED**.

**/s/Michael G. Weller**
Michael G. Weller
Attorney for Debtor(s)
2121 Miamisburg-Centerville Rd
Centerville, OH 45459-3725
(937) 435-4554
mike@mwellerlaw.com

**/s/ Stephen D. Miles**
Stephen D. Miles #0003716
Attorney for Creditor
18 West Monument Avenue
Dayton, Ohio 45402
(937) 461-1900/461-0444 (fax)
sdm@mileslaw.com

Copies to Default List and Stephen D. Miles, Attorney for Creditor, sdm@mileslaw.com; mmiles@mileslaw.com; lboyce@mileslaw.com

###