This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.

Dated: September 24, 2015

Guy R. Humphrey
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE:<br>    Jeffrey S Rose<br>    Stephanie L Rose<br>        Debtors | Case No: 15-32242<br>(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

T216x8

**AGREED ORDER  RESOLVING CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION (Doc. 15) AMENDING PLAN AT BAR and ORDERING TRUSTEE TO SUBMIT A CONFIRMATION ORDER**

This matter is scheduled for hearing on September 17, 2015, upon the Chapter 13 Trustee's Objection to Confirmation of the July 10, 2015  Plan, filed on August 20, 2015 (Doc. 15) and upon the agreement of the parties,

   IT IS ORDERED that the Debtors' July 10, 2015  plan is hereby amended to:

1) provide that the Chapter 13 Trustee's Objection to Plan is hereby resolved;

2) provide the payment to Universal 1 Credit Union shall be increased to $215.70 per month;

3) the attorney fee due to Michael G. Weller, attorney for Debtors, shall be reduced to $157.92 per month;

and that the Trustee shall submit a proposed confirmation order to the Court.

IT IS SO ORDERED.

Submitted By:

_____/S/_Jeffrey M. Kellner_____
JEFFREY M. KELLNER  #0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

  /S/  Michael G Weller
_____
MICHAEL G WELLER  #0037409
ATTORNEY FOR DEBTORS
2121 MIAMISBURG-CENTERVILLE
CENTERVILLE, OH  45459
(937) 435-4554  FAX (937) 435-7677
email: mike@mwellerlaw.com

**Distribution:**
   Default List.

1532242_29_20150921_1341_743/T198_gm
###