**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jeffrey S Rose |
| Debtor 2 | Stephanie L Rose |
| United States Bankruptcy Court for the: Southern District of Ohio | |
| Case number : | 3:15-bk-32242 |

# Form 4100R

## Response to Notice of Final Cure Payment                                                      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2018-1        **Court claim no.** (if known):        **2**

**Last 4 digits** of any number you use to identify the debtor's account:  **9945**

**Property Address:**   **10298 Greenbush Road**
**Camden, OH 45311**

### Part : 2  Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $

### Part 3:  Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) Is due on: 2020-10-01

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                                              (a) $

b. Total fees, charges, expenses, escrow, and costs outstanding:                          + (b) $

c. **Total**. Add lines a and b.                                                                                       (c) $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Debtor 1   <u>Jeffrey S Rose</u>
 First Name   Middle Name   Last Name

Case number (if known)   <u>3:15-bk-32242</u>

## Part 4: Itemized Payment History

If the creditor disagrees in Party 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

<u>/s/ Seth Greenhill</u>                    Date   <u>10/02/2020</u>
Signature

| | | | |
|---|---|---|---|
| Print: | <u>Seth Greenhill</u> | Title | <u>Authorized Agent for Creditor</u> |
| Company | <u>Padgett Law Group</u> | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   <u>6267 Old Water Oak Road, Suite 203</u>

<u>Tallahassee FL, 32312</u>

Contact phone   <u>(850) 422-2520</u>        Email   <u>bkcrm@padgettlaw.net</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**U.S. BANKRUPTCY COURT, DAYTON DIVISION**

IN RE: JEFFREY S ROSE ,
    STEPHANIE L ROSE

No: 3:15-bk-32242
CHAPTER 13

              Debtor(s)
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 2nd day of October, 2020.

/S/ Seth Greenhill

_____
SETH GREENHILL
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 3:15-bk-32242)

Debtor
Jeffrey S Rose
10298 Greenbush Rd
Camden, OH 45311

Co-Debtor
Stephanie L Rose
10298 Greenbush Rd
Camden, OH 45311

Attorney
Michael G Weller
2121 Miamisburg-Centerville Rd
Centerville, OH 45459-3725

Trustee
John G. Jansing
Chapter 13 Trustee
131 North Ludlow St
Suite 900
Dayton, OH 45402

US Trustee
Asst US Trustee (Day)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417