**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: April 29, 2021**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| In re: | * | **CASE NO. 15-32242** |
| **JEFFREY S. ROSE** | * | Chapter 13 |
| **STEPHANIE L. ROSE** | | |
| | * | Judge Guy R. Humphrey |

**AGREED ORDER RESOLVING DEBTORS' MOTION TO COMPEL (DOC. 87)**

This matter is scheduled for hearing on April 1, 2021 upon the Debtors' Motion to Compel (Doc. 87) and the Creditor U.S. Bank National Associations' Response (Doc. 89), and upon Agreement of the Parties:

1.) U.S. Bank National Association, not individually but solely as Trustee for Blue Web Investment Trust 2011-1 is a Secured Creditor holding a secured claim against the Debtors' real property located at 10298 Greenbush Rd., Camden, Ohio 45311. SN Servicer Corp, 323 5th St., Eureka, CA 95501 is currently servicing the loan. Their payment address is SN Servicing Corp, P.O. Box 660820, Dallas, TX 73266.

2.) The parties agree that Debtors have been current in their mortgage payments up through and including January 4, 2021 which is when the loan was service transferred to SN Servicing Corp.

3.) The parties agree that Debtors are to be awarded damages from U.S. Bank National Association in the amount of $4,000.00 inclusive of Attorney Fees and costs of this action. Said damages shall be paid by May 1, 2021.

IT IS SO ORDERED.

Approved By,

/s/ Seth Greenhill
**SETH GREENHILL, Esq.** (OB No. 99380)
Padgett Law Group
6267 Old Water Oak Rd., Ste 203
Tallahassee, FL 32312
Phone: 850-422-2520
Fax: 850-422-2567
Email: seth.greenhill@padgettlawgroup.com
Attorney for Creditors

/s/ Michael G. Weller
**MICHAEL G. WELLER**, (OB No. 0037409)
2121 Miamisburg-Centerville Road
Centerville, Ohio 45459
Phone: 937-435-4554
Fax:  937-435-7677
Email: mike@mwellerlaw.com
Attorney for Debtors

/s/ John Jansing
JOHN G. JANSING, (OB No. 0040926)
Chapter 13 Trustee
131 N. Ludlow St., Ste 900
Dayton, OH 45401-1161
Phone: 937-222-7600
Fax: 937-222-7383
Email: chapter13@dayton13.com

Copies:
Default List